UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY HOWARD, AD8713,<br>Plaintiff,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>Defendant(s). | Case No. 18-cv-07227-SK (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at California State Prison, Corcoran (CSP – COR), has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the counties of Kings or Sacramento, which lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: December 6, 2018

_____
SALLIE KIM
United States Magistrate Judge