| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| MICHAEL ANTHONY HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | No. 1:18-cv-01710-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 21) |

Michael Howard ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2019, the assigned magistrate judge issued findings and recommendations, (Doc. No. 21), recommending that

> all claims and defendants be dismissed, except for Plaintiff's claim against defendants J. Flores, J. Alejo, R. Nichols, H. Rodriguez, A. Loza, Leno, and A. Encinas for excessive force in violation of the Eighth Amendment; Plaintiff's claim against defendant Tumacder for failure to protect in violation of the Eighth Amendment; Plaintiff's claim for deliberate indifference to serious medical needs in violation of the Eighth Amendment against defendants J. Flores, J. Alejo, R. Nichols, H. Rodriguez, A. Loza, Leno, A. Encinas, Tumacder, Soto, Hanna, and Blevins; Plaintiff's Bane Act claim against defendants J. Flores, J. Alejo, R. Nichols, H. Rodriguez, A. Loza, Leno, and A. Encinas; and Plaintiff's assault and battery claims against defendants J. Flores, J. Alejo, R. Nichols, H. Rodriguez, A. Loza, Leno, and A. Encinas.

1

(Doc. No. 21 at 2.) Plaintiff was provided an opportunity to file objections to the findings and recommendations. Nonetheless, plaintiff has not done so and the deadline for filing objections has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued by the magistrate judge on July 30, 2019 (Doc. No. 21) are adopted in full;
2. All claims and defendants are dismissed, except for plaintiff's claim against defendants J. Flores, J. Alejo, R. Nichols, H. Rodriguez, A. Loza, Leno, and A. Encinas for excessive force in violation of the Eighth Amendment; plaintiff's claim against defendant Tumacder for failure to protect in violation of the Eighth Amendment; plaintiff's claim against defendants J. Flores, J. Alejo, R. Nichols, H. Rodriguez, A. Loza, Leno, A. Encinas, Tumacder, Soto, Hanna, and Blevins for deliberate indifference to serious medical needs in violation of the Eighth Amendment; plaintiff's Bane Act claim against defendants J. Flores, J. Alejo, R. Nichols, H. Rodriguez, A. Loza, Leno, and A. Encinas; and plaintiff's assault and battery claims against defendants J. Flores, J. Alejo, R. Nichols, H. Rodriguez, A. Loza, Leno, and A. Encinas;
3. The Clerk of Court is directed to reflect the dismissal of defendants Edmund G. Brown, Jr.; Scott Kernan; Matthew Cates; Kelli Harrington; Kathleen Allison; Ken Clark; and Burns from this action on the court's docket; and
4. The action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 21, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2