# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SGT. ENCINAS, et al.,<br><br>Defendants. | Case No. 1:18-cv-01710-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 29) |

This matter has been referred for an early settlement conference. (ECF No. 26.) On October 21, 2019, Defendants filed a request to "opt-out" of the settlement conference, explaining that following an evaluation of the case and conversations with Plaintiff, they have determined that an early settlement conference would not be a productive use of time. (ECF No. 29.) The Court will accordingly grant Defendants' request to opt out of an early settlement conference.[1] A conference may be rescheduled at a later date, if appropriate.

It is ORDERED that Defendants' request to opt out of an early settlement conference (ECF No. 29) is GRANTED.

IT IS SO ORDERED.

Dated: **October 22, 2019**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 26), Defendants did not need to file a request to opt out of the early settlement conference. Instead, Defendants should have filed a notice that they are opting out of an early settlement conference.