UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ANTHONY HOWARD,**<br><br>Plaintiff,<br><br>v.<br><br>**SGT. ENCINAS, et al.,**<br><br>Defendants. | Case No. 1:18-cv-01710-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER** |

The Court has before it Defendants' motion to modify the scheduling order.  Having reviewed the motion, the Court finds good cause for granting the requested modifications.  Accordingly,

**IT IS ORDERED** that Defendants' motion to modify the scheduling order is GRANTED.  The Court's scheduling order (ECF No. 42) is modified as follows:

1. The Telephonic Discovery and Status Conference, currently set for September 21, 2020, at 1:30 p.m. in Courtroom 10, is reset to December 16, 2020, at 3:00 p.m., in Courtroom 10.  To join the conference, each party is directed to call the toll-free number (888) 251−2909 and use Access Code 1024453.
2. The non-expert discovery cutoff, currently set for October 9, 2020, is extended to January 7, 2021.

3. The dispositive motion deadline, currently set for November 13, 2020, is extended to February 11, 2021.

All other terms and conditions of the scheduling order (ECF No. 42) remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 24, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE