UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SGT. ENCINAS, et al.,<br><br>Defendants. | No. 1:18-cv-01710-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 44, 45) |

Plaintiff Michael Howard is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 18, 2019, defendant F. Hanna filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) on the ground that he was not named either in the court's order of service or in the summons. (Doc. No. 28.) On May 14, 2020, the assigned magistrate judge issued two sets of findings and recommendations. (Doc. Nos. 45, 46.) The first recommended that F. Hanna's motion to dismiss be granted and that F. Hanna be dismissed from this action. (Doc. No. 45 at 4.) Those findings and recommendations were served on plaintiff and contained notice that objections were to be filed within twenty-one (21) days of the order's date of service. (*Id.*) The second set of findings and recommendations recommended that defendants Leno and W. Hanna be dismissed from this action, without prejudice, due to plaintiff's failure to provide

1

1  the United States Marshal with accurate and sufficient information to effect service of the
2  summons and complaint on those named defendants.  (Doc. No. 46 at 4.)  Those findings and
3  recommendations were also served on plaintiff and contained notice that objections were to be
4  filed within fourteen (14) days of the order's date of service.  (*Id.*)  Plaintiff has not filed
5  objections to either set of findings and recommendations, and the time in which to do so has
6  passed.
7       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this
8  court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the
9  court finds the findings and recommendations to be supported by the record and proper analysis.
10      Accordingly:
11      1.  The findings and recommendations issued on May 14, 2020 (Doc. Nos. 45, 46), are
12          adopted in full;
13      2.  F. Hanna's motion to dismiss (Doc. No. 28) is granted;
14      3.  F. Hanna is dismissed from this action;
15      4.  Defendants Leno and W. Hanna are dismissed from this action, without prejudice; and
16      5.  The Clerk of the Court is directed to reflect these dismissals of defendants.
17  IT IS SO ORDERED.
18      Dated:  **July 10, 2020**                    /s/ Dale A. Drozd
19                                              UNITED STATES DISTRICT JUDGE

2