UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY HOWARD,<br><br>                              Plaintiff,<br><br>        v.<br><br>SGT. ENCINAS, et al.,<br><br>                              Defendants. | Case No. 1:18-cv-01710-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>**(ECF No. 50)** |

The Court has before it Defendants' second motion to modify the scheduling order. (ECF No. 50). Having reviewed the motion, the Court finds good cause for granting the requested modifications. Accordingly,

**IT IS ORDERED** that Defendants' second motion to modify the scheduling order is GRANTED. The Court's scheduling order (ECF No. 42), as previously modified by the Court's June 24, 2020 order (ECF No. 48), is further modified as follows:

1. Defendants are relieved of their obligation to depose Plaintiff and file any related motion to compel by the deadlines previously established by this Court;

2. Defendants have until February 16, 2021, to depose Plaintiff and file any related motion to compel; and

3. The deadline for Defendants to file a dispositive motion, currently February 11, 2021, is extended to May 11, 2021.

All other terms of the Court's scheduling order (ECF No. 42), as previously modified by the Court's June 24, 2020 order (ECF No. 48), remain in full force and effect. While the Court is not modifying any other dates or deadlines at this time, the parties shall be prepared to discuss whether the schedule needs any additional modifications at the Telephonic Discovery and Status Conference, which is currently set for December 16, 2020, at 3:00 p.m.

IT IS SO ORDERED.

Dated: **September 9, 2020**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE