UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY HOWARD,<br><br>            Plaintiff,<br><br>    v.<br><br>SGT. ENCINAS, et al.,<br><br>            Defendants. | Case No. 1:18-cv-01710-DAD-EPG (PC)<br><br>ORDER FOLLOWING TELEPHONIC DISCOVERY AND STATUS CONFERENCE |

Michael Howard ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims.

On December 16, 2020, the Court held a discovery and status conference. Plaintiff telephonically appeared on his own behalf. Counsel Byron Miller and Tyler Heath telephonically appeared on behalf of Defendants.

For the reasons stated on the record at the conference, IT IS ORDERED that all pending dates and deadlines are vacated, except for: 1) Defendants' February 16, 2021 deadline to depose Plaintiff and file any related motion to compel; and 2) the dispositive motion deadline, which is advanced to April 23, 2021.

\\\

\\\

\\\

1

The vacated dates and deadlines will be reset, if necessary, following a decision on the motion(s) for summary judgment.[1]

IT IS SO ORDERED.

Dated:  **December 17, 2020**          /s/ Eric P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may direct the parties to participate in a settlement conference before resetting these dates and deadlines.