IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY HOWARD,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. ENCINAS, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:18-cv-01710-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' THIRD MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 54) |

Before the Court is Defendants' third motion to modify the scheduling order. (ECF No. 54). Having reviewed the motion, the Court finds good cause for granting the requested modifications. Accordingly,

**IT IS ORDERED** that Defendants' motion to modify the scheduling order is GRANTED. The Court's scheduling order (ECF No. 42), as previously modified by the Court's June 24, 2020, September 9, 2020, and December 27, 2020 orders (ECF Nos. 48, 51, 53), is further modified as follows:

1. The deadline for Defendants to depose Plaintiff and file any related motion to compel, currently February 16, 2021, is extended to April 3, 2021; and

2. The deadline for Defendants to file a dispositive motion, currently April 23, 2021, is extended to May 11, 2021.

All other terms and conditions of the scheduling order (ECF No. 42) remain in full force and effect.

IT IS SO ORDERED.

Dated: **February 12, 2021**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE