UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SGT. ENCINAS, et al.,<br><br>Defendants. | Case No. 1:18-cv-01710-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' FOURTH MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 57) |

On April 2, 2021, Defendants filed a motion to modify the scheduling order. (ECF No. 57). "Defendants request that the Court grant them: (1) an additional sixty days, until June 2, 2021, to depose Plaintiff and bring any motion to compel; and (2) an additional sixty days, until July 10, 2021, to file a dispositive motion." (ECF No. 57, pgs. 1-2). Defendants ask for the extension because they "experienced yet another hurdle in deposing Plaintiff. This time, Plaintiff's timely noticed deposition had to be rescheduled because he moved prisons and, due to the COVID-19 pandemic, there is no video-conferencing equipment available at his new prison until after the current deadline for Defendants to depose Plaintiff and bring any motion to compel. Further, defense counsel's extended leave of absence early in the pandemic he resulted in a surge of competing obligations that will require this case to be reassigned to another attorney, who will need sufficient time to become apprised with the facts of this case and prepare a well-researched dispositive motion." (Id. at 3).

Defendants previously filed three motions to modify the scheduling order (ECF Nos. 47, 50, & 54), all of which the Court granted (ECF Nos. 48, 51, & 55). This case was filed on

November 29, 2018.  (ECF No. 1).  Non-expert discovery has been open since February 26, 2020 (ECF No. 42), and was originally scheduled to close on October 9, 2020 (id.).  Overall, Defendants have had over a year to depose Plaintiff.

Nevertheless, in the abundance of caution, and given that Defendants have repeatedly attempted to depose Plaintiff, the Court will grant **one final extension** of the dispositive motion deadline, as well as Defendants' deadline to depose Plaintiff and file any related motion to compel.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Defendants to depose Plaintiff and file any related motion to compel, currently April 3, 2021, is extended to June 2, 2021; and
2. The deadline for Defendants to file a dispositive motion, currently May 11, 2021, is extended to July 10, 2021.

All other terms and conditions of the scheduling order (ECF No. 42) remain in full force and effect.

Again, the parties should consider this the final extension of these dates.  No further extensions will be granted, absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   **April 5, 2021**                             /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE