UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY HOWARD,<br><br>  Plaintiff,<br><br>  v.<br><br>SGT. ENCINAS, et al.,<br><br>  Defendants. | No. 1:18-cv-01710-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 66) |

Plaintiff Michael Anthony Howard is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 13, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to obey a court order. (Doc. No. 66.) Specifically, because plaintiff had failed to timely file an opposition, or a statement of non-opposition, to defendants' pending motion for summary judgment as required by the Local Rules, on August 26, 2021, the magistrate judge issue an order requiring plaintiff to do so within thirty (30) days of the date of that order. (Doc. No. 65.) Plaintiff was warned that his failure to comply with that order may result in a recommendation that this case be dismissed due to plaintiff's failure to prosecute and failure to

1  comply with a court order.  (*Id.* at 1–2.)  To date, plaintiff has not filed an opposition or a
2  statement of non-opposition as directed, or otherwise communicated with the court.
3        Accordingly, on October 13, 2021, the magistrate judge issued the pending findings and
4  recommendations recommending dismissal of this action due to plaintiff's failure to prosecute
5  and failure to obey a court order.  (Doc. No. 66.)  Those pending findings and recommendations
6  were served on plaintiff and contained notice that any objections thereto were to be filed within
7  fourteen (14) days after service.  (*Id.* at 3.)  To date, no objections have been filed and the time in
8  which to do so has now passed.
9        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
10  *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings
11  and recommendations to be supported by the record and by proper analysis.
12        Accordingly:
13      1.    The findings and recommendations issued on October 13, 2021 (Doc. No. 66) are
14          adopted in full;
15      2.    This action is dismissed, without prejudice, due to plaintiff's failure to prosecute
16          this action and failure to a obey court order;
17      3.    Defendants' motion for summary judgment (Doc. No. 61) is terminated as having
18          been rendered moot by this order; and
19      4.    The Clerk of the Court is directed to close this case.
20  IT IS SO ORDERED.
21    Dated:  **November 15, 2021**
22                                      UNITED STATES DISTRICT JUDGE